# EXHIBIT A

## Disclosure/Release Authorization Form

**Applicant Complete the Following**

I. By this document Insurance Recruiting Specialists discloses to you that a consumer report may be obtained for employment purposes as part of the pre-screening background check only once during your employment or affiliation.

II. This shall authorize the procurement of a consumer report by a credit reporting agency or other sources as part of the pre-screening background investigation. If accepted, this authorization shall remain on file and shall serve as an ongoing authorization for the named employer or its associates or other sources to procure consumer reports only once during my affiliation or employment period.

III. I also authorize the procurement of an investigative consumer report and understand that it may contain information about my employment and educational background, criminal history, credit, workers comp claims, mode of living, character and personal reputation. I also understand you may make use of the Internet including social networking sites. I understand that I have the right to obtain additional disclosure as to the nature and scope of the investigation upon written request within a reasonable period of time and to obtain a copy of the report upon request. This authorization, in original or copy form, shall be valid for this and any future reports or updates that may be requested.

IV. In connection with this request, I authorize all corporations, companies, former employers, supervisors, credit agencies, educational institutions, law enforcement/criminal justice agencies, city, state, county and federal courts, state motor vehicle bureaus and persons to release information they may have about me to the person or company with which this form has been filed if required, or their agent. I further authorize you to secure an investigative consumer report only once during my employment, if in the company's (or its designees) discretion, it has a legally permissible and legitimate business need for the information requested.

I release and hold harmless all parties involved from any and all liability for damages arising from requesting, procuring or furnishing the requested information except with respect to a violation of the Act. I authorize the employer and it's agent/credit reporting agency and all associated entities and its clients to receive any criminal history information or credit report pertaining to me in the files of any state or local criminal justice agency.

**CA, MN, OK RESIDENTS ONLY:** As part of a routine background investigation, we may request a consumer credit report from a consumer credit reporting agency or one of its associated companies. If we do so and you wish them to send you a free copy of this consumer credit report, please check here: _____.

My signature below also indicates that I have received a Summary of Rights in accordance with the Fair Credit Reporting Act.

| Last Name | First Name | Middle Name |
|---|---|---|
| Warren | Joseph | Daniel |

| Other Names Used |
|---|
| |

| Home Address |
|---|
| 233 Palmetto Drive |

| City | State | Zip |
|---|---|---|
| Saint Augustine | Florida | 32095 |

| Social Security Number | Date of Birth |
|---|---|
| | |

The following States require sex and race to obtain information: AL, AR, FL, GA, IA, IL, IN, MI, OR, SC, TX, WI

Sex: ☒ Male   ☐ Female
Race: ☐ Asian   ☐ Black   ☐ Hispanic   ☒ White   ☐ Other

| Driver's License Number | State Issuing License |
|---|---|
| | Florida |

| Name as it appears on license |
|---|
| Joseph Daniel Warren |

| Signature | Date: |
|---|---|
| [signature] | 10/05/16 |

#904.417.0842

## Olympus Contact Information

| | |
|---|---|
| **Policy Services Telephone** | 800.711.9386 |
| **Underwriting E-mail** | Underwriting@oigfl.com |
| **Policy Services E-mail** | PolicyServices@oigfl.com |
| **Direct Reporting of Claims** | 866.281.2242 |
| **Claims Email Address** | OlympusClaims@oigfl.com |
| **Marketing** | 866.787.8297 |
| **Quote by Phone** | 855.662.4441 |

## Underwriting and Policy Services Address

**Correspondence:**                                Olympus Insurance Company

P.O. Box 32879

Palm Beach Gardens, FL 33420

**Premium Payment Address**

FOR POLICY NUMBERS THAT END WITH A DASH FOLLOWED BY TWO DIGITS (OL30000000-00)

| | |
|---|---|
| Mailing: | Policy Processing Center |
| | P.O. Box 9190 |
| | Marlborough, MA 01752-9190 |
| Overnight: | ATTN: Premium Services |
| | 325 Donald Lynch Blvd., Ste 115 |
| | Marlborough, MA 01752 |

**FOR POLICY NUMBERS THAT DO NOT END WITH A DASH FOLLOWED BY TWO DIGITS (OL30000000)**

| | |
|---|---|
| Mailing: | Olympus Insurance Company |
| | P.O. Box 100219 |
| | Columbia, SC 29202-3219 |
| Overnight | Olympus Insurance Company |
| | 1501 Lady Street |
| | Columbia, SC 29201 |

**Flood Policies**

| | |
|---|---|
| Customer Service, Underwriting, First Notice of Loss: | 866.931.1306 |
| Claims Information, after initial claim is reported: | 800.765.9700 |
| E-mail Address: | OlympusFlood@bintechpartners.com |

---

### List of Adjusters

1. **Alan Bryant**- Alan.bryant@thebestirs.com
   Independent Adjuster- (251)767-0776

2. **Albert Diaz**- Albert.diaz@thebestirs.com
   Independent Adjuster- (786)325-0360

3. **Alicia Fetrow**- Alicia.fetrow@thebestirs.com
   Independent Adjuster-(717)343-9286

4. **Alisha Harris**- Alisha.Harris@thebestirs.com
   Independent Adjuster- Phone Not Listed

5. **Allison Aldrich**- Allison.Aldrich@thebestirs.com
   Independent Adjuster- Phone Not Listed

6. **Amir Hayavi**- Amir.Hayavi@thebestirs.com
   Independent Adjuster- (813)546-9878

7. **Andre Villegas**- Andre.Villegas@thebestirs.com
   Independent Adjuster- (785)444-6406

8. **Angela Stafford**- Angela.Stafford@thebestirs.com
   Independent Adjuster- (843)839-9191

9. **Brendan Merrell**- Brendan.Merrell@thebestirs.com
   Independent Adjuster- Phone Not Listed

10. **Brian Allen**- Brian.Allen@thebestirs.com
    Independent Adjuster-(770)882-1047

11. **Brian Barwick**- brian.barwick@thebestirs.com
    Independent Adjuster-(407)310-1976

12. **Chris Higgins**- chris.higgins@thebestirs.com
    Independent Adjuster-(954)415-5063

13. **Chris Padgett**- chris.padgett@thebestirs.com
    Independent Adjuster-(407)301-1958

14. Clarence Bolden- clarence.bolden@thebestirs.com

Independent Adjuster-(352)281-1040

15. Cory Shelton- cory.shelton@thebestirs.com

Independent Adjuster-(386)631-3815

16. David Baker- david.baker@thebestirs.com

Independent Adjuster-No phone listed

17. Dean Murphy- dean.murphy@thebestirs.com

Independent Adjuster-(480)639-7914

18. Dustin Bonham- dustin.bonham@thebestirs.com

Independent Adjuster- No phone listed

19. Gary Morgan- gary.morgan@thebestirs.com

Independent Adjuster- (501)269-2822

20. Gregory Hale- gregory.hale@thebestirs.com

Independent Adjuster- (850)322-5401

21. Herold Siering- herold.siering@thebestirs.com

Independent Adjuster- (631)697-1904

22. Hilal Borque- hilal.borque@thebestirs.com

Independent Adjuster- (305)300-2794

23. Iain Wallace- iain.wallace@thebestirs.com

Independent Adjuster- (916)223-0787

24. Iraida Barreras- iraida.barreras@thebestirs.com

Independent Adjuster-No phone listed

25. Irving Gonzalez- irving.gonzalez@thebestirs.com

Independent Adjuster- (786)245-9801

26. Jestina Kennedy- jestina.kennedy@thebestirs.com

Independent Adjuster- (913)967-9437

27. John Logan- john.logan@thebestirs.com

Independent Adjuster-No phone listed

28. Johnny Street- johnny.street@thebestirs.com

Independent Adjuster- (601)258-1219

29. Joseph Warren- joseph.warren@thebestirs.com

Independent Adjuster-(305)-395-9106

30. Lennox Lugg- lennox.lugg@thebestirs.com

Independent Adjuster-No phone listed

31. Louis Difiore- louis.difiore@thebestirs.com

Independent Adjuster-No phone listed.

32. Majesty Marcelin- majesty.marcelin@thebestirs.com

Independent Adjuster- (813)494-1206

33. Matthew Caton- matthew.caton@thebestirs.com

Independent Adjuster-No phone listed

34. Mel Smith- mel.smith@thebestirs.com

Independent Adjuster-No phone listed

35. Mohamed Dembele- mohamed.dembele@thebestirs.com

Independent Adjuster-No phone listed

36. Richard Brown- richard.brown@thebestirs.com

Independent Adjuster-No phone listed

37. Robert Axelrod- robert.axelrod@thebestirs.com

Independent Adjuster-No phone listed

38. Robert Driggers- robert.driggers@thebestirs.com

Independent Adjuster-No phone listed.

39. Robert Velasco- robert.velasco@thebestirs.com

Independent Adjuster-No phone listed

40. Ruby Gonzalez- ruby.gonzalez@thebestirs.com

Independent Adjuster-No phone listed

41. Stephen Reinoso- stephen.reinoso@thebestirs.com

Independent Adjuster- (352)284-7071

42. Timothy Price- timothy.price@thebestirs.com

Independent Adjuster- (772)203-1750

43. Tyler Brett- tyler.brett@thebestirs.com

Independent Adjuster-No phone listed

44. Vallerie Truxton- vallerie.truxton@thebestirs.com

Independent Adjuster- No phone listed

45. William Wagner- william.wagner@thebestirs.com

Independent Adjuster- (305)219-9230

46. Willie Jackson- willie.jackson@thebestirs.com

Independent Adjuster- (954)487-0573